# Exhibit A

[Print in black ink all areas in bold letters. A complaint must be served in response to a demand or notice of appearance (CPLR 3012(b))]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Rosavra Hernandez

**[Your Name]**      Plaintiff(s)/Petitioner(s),

- against-

_____

**[Name(s) of party being sued]**      Defendant(s)/Respondent(s).

Capital One Bank

SUMMONS WITH NOTICE

**Index Number**

2715, 2026

**Date Index Number Purchased**

07-02, 20 26

Received 7.2.26
2 pm by Hank
@July 2025

To the Person(s) Named as Defendant(s) above:

    PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

    YOU ARE HEREBY NOTIFIED THAT should you fail to serve a notice of appearance or demand for a complaint, a judgment will be entered against you by default for the relief demanded below.

Dated: 07-02, 20 26
**[date of summons]**

_____
**[sign your name]**

Rosavra Hernandez
**[print your name]**

Defendant(s)

557 CAPTAL ONE BANK (BRANCH)
557 MELROSE AVE
BRONX, NY 10455

**[address(es) of party being sued]**

1702 Grand Ave apt Bsmt
BX NY 10453

646 - 755 - 5707

**[your address(es), telephone number(s)]**

OFFICE OF THE BRONX COUNTY CLERK RECEIVED 2026 JUL -2 P 1:07

...Describe the nature of your case against the defendant(s), such as, breach of contract, negligence]:

Am a Capital one Bank Custome Account Holder and the bank Is withholding my money In The account of $125,000.00 and Since am not able to uhlize my finances which I have Bills to Pay It's Causing me financial Strain, emotional and Menta Stress·

The relief sought is [briefly describe the kind of relief you are asking for, such as money damages of $50,000]

$125,000.00 That the Bank Is holding and I Can't access my finances

Should defendant(s) fail to appear herein or demand a complaint, judgment will be entered by default for the sum of $125,000.00 additional $50,000 for the Stress Cause [amount of money demanded] with interest from the date

$50,000.00 (Stress Caused [date from which interest on the amount demanded is claimed] and

the costs of this action.

Venue:

Plaintiff(s) designate Bronx County as the place of trial. The basis of this delegation is

[check box that applies]:

☑ Plaintiff's(s') residence in Bronx County

☑ Defendant's(s') residence in Bronx County

☐ Other [See CPLR Article 5 ]: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

ROSAURA HERNANDEZ
_____
Plaintiff(s)/Petitioner(s),

- against-

CAPITAL ONE BANK (BRANCH)
_____
Defendant(s)/Respondent(s).

**Index Number**

2715-2026

**Complaint**

2026 JUL -2 P 1:07

OFFICE OF THE
BRONX COUNTY CLERK
RECEIVED

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name], ROSAURA HERNANDEZ,

respectfully shows and alleges as follows:[number each paragraph]

1. The Plaintiff herein, Rosaura Hernandez, is Resident of the State of New York and Resides at 1702 Grand Ave Apt BSMT, Bx NY 1045.

2. The Defendant herein, Capital One Bank Branch is at 557 Melrose Ave, Bronx, NY 10455 which is financial Institution.

3. On Jan 27th 2026 I went to the bank after Seeing on my bank mobile app that my money was not reflecting at it supposed to be.

4. Arrived at the Bank the Branch that I usually go to I was notified by The Capital one Bank Teller that my money of worth $125,000.00 was withheld for pending Investigation.

5. On April 13th 2026 after Several Inquiries I recieved

an email stating that I had instructions my account was uplifted after the Banks review was completed and my funds of $125,000 I was able to access them.

6 Checking my account, that was not the case because the funds were still not reflecting on the account - more

7 Upto now I have been making inquiries about my funds but no one at the Capital One Bank is able to tell me where my money is since it's still not in my account

8 With all this it's causing me alot of financial strain, Mental and emotional stress given that I have expenses to take care of for my daily needs Such as paying my bills, rent, food and life in general am going through hardship caused by Capital one Bank.

Dated: 07-02-2026

[sign your name]

ROSAURA HERNANDEZ

**[print your name]**

VERIFICATION

STATE OF NEW YORK

COUNTY OF  BRONX:

_Rosaura Hernandez_, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

I, _Rosaura Hernandez_ (print name), affirm on this _0 2_ day of _July_, 20 _26_ under the penalties of perjury, under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Signature



Rosaura Hernandez Velazquez
1702 Grand Ave Bsmt
Bronx NY 10453

## Thanks for saving with Capital One 360®

Here's your **January 2026** bank statement.

STATEMENT PERIOD
**Jan 1 - Jan 31, 2026**

# $660.86
TOTAL ENDING BALANCE
IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Jan 1 | Jan 31 |
|---|---|---|
| **360 Checking...2969** | $10.76 | **$10.76** |
| **360 Performance Savings...1065** | $125,357.30 | **$650.10** |
| **All Accounts** | $125,368.06 | **$660.86** |

## Cashflow Summary

➕ **$292.80** INTEREST EARNED THIS PERIOD

## 360 Checking - REDACTED 2969

| 0.00% | $0.00 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

 capitalone.com     1-888-464-0727      P O. Box 85123, Richmond, VA 23285     FDIC

Rosaura Hernandez Velazquez | STATEMENT PERIOD
**Jan 1 - Jan 31, 2026**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jan 1 | **Opening Balance** | | | $10.76 |
| Jan 31 | **Closing Balance** | | | $10.76 |

## 360 Performance Savings - REDACTED 1065

| 3.33% | $292.80 | 31 |
|-------|---------|-----|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jan 1 | **Opening Balance** | | | $125,357.30 |
| Jan 8 | Interest Rate Change from 3.348% to 3.251% | | | $125,357.30 |
| Jan 27 | Withdrawal | Debit | - $125,000.00 | $357.30 |
| Jan 31 | Monthly Interest Paid | Credit | + $292.80 | $650.10 |
| Jan 31 | **Closing Balance** | | | $650.10 |

*(handwritten note)* Return back to citi bank according to capital one. Reach out to citi bank!

capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC

**CapitalOne**®

Rosaura Hernandez Velazquez
1702 Grand Ave Bsmt
Bronx NY 10453

## Thanks for saving with Capital One 360®

Here's your **November 2025** bank statement.

STATEMENT PERIOD
**Nov 1 - Nov 30, 2025**

# $145,240.91
TOTAL ENDING BALANCE
IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Nov 1 | Nov 30 |
|---|---|---|
| **360 Checking...2969** | $1,191.41 | **$102.70** |
| **360 Performance Savings...1065** | $21,586.64 | **$145,138.21** |
| **All Accounts** | $22,778.05 | **$145,240.91** |

## Cashflow Summary

➕ **$251.62** INTEREST EARNED THIS PERIOD

➖ **$0.00** OVERDRAFT AND RETURN ITEM FEES THIS PERIOD

➖ **$0.00** FINANCE CHARGES THIS PERIOD

## 360 Checking - REDACTED 2969

0.09%

ANNUAL PERCENTAGE YIELD
(APY) EARNED

**$0.40**

YTD INTEREST AND BONUSES

30

DAYS IN STATEMENT
CYCLE

**Page 1 of 4**

  

Rosaura Hernandez Velazquez | STATEMENT PERIOD
**Nov 1 - Nov 30, 2025**

## 360 Performance Savings - <span>REDACTED</span>1065

| 3 40% | $948.21 | 30 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Nov 1** | **Opening Balance** | | | **$21,586.64** |
| Nov 10 | Withdrawal to 360 Checking XXXXXXX2969 | Debit | - $1,000.00 | $20,586.64 |
| Nov 13 | Check Deposit at Branch | Credit | + $125,000.00 | $145,586.64 |
| Nov 18 | Cash Withdrawal at Branch | Debit | - $700.00 | $144,886 64 |
| Nov 30 | Monthly Interest Paid | Credit | + $251.57 | $145,138.21 |
| **Nov 30** | **Closing Balance** | | | **$145,138.21** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Fees | **$0.00** | **$0.00** |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285    FDIC

Rosaura Velazquez
1702 Grand Ave
Bsmt
Bronx, NY 10453

April 13, 2026

**An update on your request**
Re: Account ending in 1065
Capital One CID: 260403192510465
CFPB Complaint ID: 260403-30882479

Dear Rosaura,

We reviewed the complaint you recently filed with the Consumer Financial Protection Bureau
(CFPB) and wanted to follow up with you.

Our records show that we placed a restriction on your account ending in 1065 on December 1,
2025, as we wanted to verify a $125,000 check deposit with you. After a thorough review, this
restriction was removed on January 26, 2026. We confirmed all procedures were followed
correctly.

When you called on March 9, 2026, our agent told you that the funds had been returned to the
remitting institution, however, that was incorrect. We are currently in the process of attempting
to return the funds. We apologize for the inaccurate information that was provided to you. We
recommend that you follow up with the remitter with any additional questions you may have.

Please know the security of our customers' information and funds is a top priority at Capital One
and our policies and procedures are in place for your protection.

If you need any additional assistance, please contact us at 800-655-2265. We're available 8
a.m.-11 p.m. ET, 7 days a week.

Sincerely,
Sarah
877-215-8591 EXT 2720005
On behalf of Capital One®

CC Consumer Financial Protection Bureau

Products and services are offered by Capital One, N.A., Member FDIC. © 2026 Capital One.
3384807023





Jan 27 @ 10:51 am

## OFFICIAL CHECK



**citibank**

Citibank, N.A

REDACTED

ACCT#:
Commission (Y/N)?: N
WAYNE GREASON; COMMERCIAL/SMALL BUSINESS

4426

62-20
311

FOR 00495 PAH 0.00          $0.00 ONE PIC          DATE          11/10/25
052-02 CK. Ser.#   REDACTED 6252

*****ONE HUNDRED TWENTY-FIVE THOUSAND DOLLARS*****

**PAY**

TO
THE
ORDER
OF

***FLOR/AURA HERNANDEZ VELAZQUEZ****

**$125,000.00**

IZZY & SONS DESIGN LLC
MEMO: LOAN PAYMENT

Drawer: Citibank, N.A

**NON NEGOTIABLE**

NAME OF REMITTER
ADDRESS

Citibank N.A. One Penn's Way
New Castle, DE 19720

BY
AUTHORIZED SIGNATURE

MP

**BANK COPY**

Business Checking 426

## TELLER WITHDRAWAL                    -$125,000.00

| | |
|---|---|
| **Transaction Date** | Nov 10, 2025 |
| **Posted On** | Nov 10, 2025 |
| **Transaction Type** | Branch Teller Withdrawal |

**Instructions:** This affirmation is to be completed by the person who served a Summons and Complaint, Summons with Notice, Notice of Petition and Verified Petition, Order to Show Cause and Verified Petition, or Subpoena. **PRINT LEGIBLY** or **TYPE in BLACK INK ONLY** to fill in the spaces next to the instructions. Check CPLR 307, 803, 2103, and the relevant statute(s) relating to your case to verify the proper manner of service required. This form is **NOT** to be used in initiating Matrimonial proceedings (DRL232).

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-------------------------------------------------------X

ROSAURA HERNANDEZ ,
**[Fill in name(s)]** Plaintiff(s)/Petitioner(s)

Index No. 2715 /20 26

- against -

CAPITAL OHE BAHK ,
**[Fill in name(s)]** Defendant(s)/Respondent(s)

AFFIRMATION OF SERVICE
OF INITIATING PAPERS

-------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF BROHX

I, Glhezeydi Leon ,[name of person who served papers] affirm:

(1) I am over 18 years of age and am not a party to this case.

(2) I reside at 75 Cypress St. Yonkers N.Y. 10704 [your address].

(3) On July, 7 , 2026 [date of service], at 1:43 AM/**PM** [time of day], I served the attached papers entitled Noel Sanchez [name of the papers served], on the defendant, Capital One Bank ,[name of defendant] in this case. The address of the place where the papers were served is: 559 Melrose Ave Bronx, N.Y 10455 United States

(4) I served the papers in the manner indicated below: **[Check appropriate box and fill in respective blanks]**.

(a) ☑ **Individual**   By delivering a true copy of each to the defendant personally. I knew the person served to be the person named in those papers because: I met him in person _____ [How did you know defendant? Also Complete #5].

(b) ☐ **Substituted**   By delivering a true copy of each to _____ ,
     **Service**                      [Name of person served. Also Complete # 5]
a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, **and** I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant's last known residence or actual place of business, located at _____ _____ [address], and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service within New York State on _____ [date of mailing].

(c) ☐ **Conspicuous Place Service ("Nail & Mail")** After attempting to serve in the manners described above with due diligence, by affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode within the state of the person to be served on _____ [date of affixing to door], **and**, within 20 days, mailing the summons to such person on _____ [date of mailing] at _____ [address of mailing], their last known residence or mailing by first-class mail to the person at their actual place of business in an envelope bearing the legend "personal and confidential" with no indication that the communication concerns an action against said person. Prior attempts of personal service took place at the address listed in paragraph 3 on the following dates:

Date _____ Time _____    Date _____ Time _____

List additional dates and times, if any: _____

(d) ☐ **Corporation** _____ [name of business], a domestic corporation, by delivering a true copy of each to _____ [Name of **person served. Complete #5]** _____ [Person's job title]. I knew the corporation to be that listed in the papers served and I knew the title of person named above and that he/she was authorized to accept service because _____
_____

(5) **Description**    I perceived the individual whom I served to have the following characteristics:

| Gender | Approximate Height | Approximate Weight | Approximate Age |
|---|---|---|---|
| ☑ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21-34 years |
| ☐ Female | ☐ 5'0"-5'3" | ☐ 100-130 lbs. | ☐ 35-50 years |
| | ☑ 5'4"-5'8" | ☐ 131-160 lbs. | ☐ 51-61 years |
| | ☐ 5'9"-6'0" | ☑ 161-200 lbs. | ☐ Over 61 yrs. |
| | ☐ Over 6' | ☑ Over 200 lbs. | |

Race: **Hispanic**          Hair color: **black**

Other identifying features, if any: **wear glasses, curly & long hair, moustache**

☐ **Military Service**

*(Use with a, b, or d)*

I asked the person with whom I spoke whether the defendant was in the military of the United States or New York State in any capacity and was told that he/she was not. If I served defendant personally, defendant did not wear a military uniform. I state upon information and belief that the defendant is not in the military service of the United States or New York State. The basis for my belief is the conversation(s) and observation(s) described above. Additional basis (if any): _____
_____
_____

I, **Olhezeydi Leon** [Print Name], affirm this **7** day of **July**, 20**26** under the penalties of perjury, under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

CARLOS VERA
Notary Public, State of New York     [Server's signature]
No. 01VE6215292
Qualified in Bronx County
Commission Expires 12/28/2029

Rev. 12/24

Printed: 7/23/2026