UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSAURA HERNANDEZ,
Plaintiff,

-v-

CAPITAL ONE BANK,
Defendant.

26-CV-6355 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Capital One, N.A. filed a motion to dismiss on September 2, 2026. (ECF No. 12.) This Court's Individual Practices in Pro Se Cases require Plaintiff Rosaura Hernandez to file an opposition brief, which is a brief making legal arguments against Defendant's motion, within four weeks of the date she was served with Defendant's motion papers. Plaintiff has not filed an opposition.

Plaintiff's time to file an opposition is extended to October 30, 2026. Her opposition must arrive at the Court's Pro Se Office by that deadline. If Plaintiff's opposition is not delivered to the Pro Se Office before that date, the Court will consider Defendant's motion to be unopposed.

Defendant is directed to provide a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge