UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSAURA HERNANDEZ,
Plaintiff,

-v-

CAPITAL ONE BANK,
Defendant.

26-CV-6355 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court is in receipt of Defendant Capital One, N.A.'s November 11, 2026 letter apprising the Court of the status of the parties' settlement negotiations and providing Defendant's proposed case management plan in the event the settlement papers are not executed. (ECF No. 18.)

The Court will disregard any proposed case management plan that is not signed by all parties. The telephone conference scheduled for Wednesday, November 18, 2026 at 12:00 p.m. will proceed as scheduled. Plaintiff Rosaura Hernandez and counsel for Defendant should call (855) 244-8681 at the scheduled time. The attendee ID number is 2312 828 7066 ##. Plaintiff and counsel for Defendant should come prepared to discuss the status of settlement negotiations.

Defendant is directed to provide a copy of this Order to Plaintiff.

SO ORDERED.

Dated: November 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge